JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEN BAHOJB NOSRATY, | Case No. 2:23-cv-04632-MCS-PD |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| SCOTT M. OUDKIRK, Deputy Chief of Mission, U.S. Embassy in Turkey; ANTONY BLINKEN, Secretary of the U.S. Department of State, | |
| Defendants. | |

1

1        In accordance with the Court's Order granting Defendants Scott M. Oudkirk and

2    Antony Blinken's motion to dismiss without leave to amend, it is hereby ordered,

3    adjudged, and decreed that judgment is entered on all claims in favor of Defendants as

4    to Plaintiff Ken Bahojb Nosraty's claims alleging a violation of the Administrative

5    Procedure Act and the right of due process under the Fifth Amendment and petition for

6    a writ of mandamus without prejudice.

7        Plaintiff shall take nothing from his action against Defendants.

8

9    **IT IS SO ORDERED.**

10

11   Dated: January 2, 2024

12                           MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28